NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Litigation Counsel, Civil Division
JENNIFER A. KENNEY, CSBN 241625
Special Assistant United States Attorney
   160 Spear Street, Suite 800
   San Francisco, CA 94105
   Telephone: (415) 977-8945
   Facsimile: (415) 744-0134
   E-Mail: Jennifer.A.Kenney@ssa.gov

Attorneys for Defendant Commissioner of Social Security

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALIA FERNANDEZ, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 2:18-cv-02506-SK <br><br> JUDGMENT OF REMAND |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment for Plaintiff ("Stipulation to Remand"), **IT IS HEREBY ORDERED, ADJUDGED**

Judgment for Remand, Sentence Four 2:18-cv-02506-SK

-1-

**AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

Dated: September 5, 2018

HON. STEVE KIM
UNITED STATES MAGISTRATE JUDGE

Judgment for Remand, Sentence Four 2:18-cv-02506-SK